(October 19, 1984)

■ In the Matter of the Claim of ROBERT ALTSCHULER, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken, pursuant to section 624 of the Labor Law denied, without costs (see *Matter of Gonzalez [Ross]*, 47 NY2d 922). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.